STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone:  (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

RESOLUTE SECURITY GROUP, INC.,

Debtor.

_____/

Case No. 19-50119-btb

(Chapter 11)

**DECLARATION OF SCOTT JENKINS IN SUPPORT OF DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:   December 10, 2019
Hearing Time:   11:00 a.m.

I, Scott Jenkins, hereby declare as follows:

1.      I am over the age of 18 and am mentally competent.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtor, information learned from my review of relevant documents and information supplied to me by other members of Debtor's management and various business and legal advisors.

2.      I am the Chief Executive Officer and 33.3% shareholder of the Debtor, Resolute Security Group, Inc.

3.      Attached hereto as **Exhibit "A"** is a Cash Flow Projection for 2020 for the Debtor. The Cash Flow Projection for 2020 is based on my best estimates of future revenue and operating costs of the Debtor based on historical data as modified by what I believe will occur with future business of the Debtor.

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

4.    Since the Chapter 11 Petition Date, the Debtor has made several important modifications to its business model to improve the profitability of its contracts. For example, customer contracts were revised to adequately absorb what had previously been unbillable employee overtime. As a result, the Debtor's customer contracts now have a higher net profit margin. Additionally, the Debtor increased its field management personnel from zero (0) to three (3) in order to better supervise field security officers. The Debtor is also now hiring better performing employees and meets with customers more often to ensure customer satisfaction with the Debtor's services. Lastly, the Debtor is taking more special, short-term assignments that provide additional revenue. In light of these changes, all of Debtor's contracts are now profitable as long as they continue to be managed properly, which has been the case in the last several months. My conversations with existing and potential customers also lead me to believe that demand for the Debtor's security services will increase throughout 2020 and beyond.

5.    Attached hereto as **Exhibit "B"** are accrual based monthly Profit and Loss reports for the Debtor for February 2019 through October 2019, and a cumulative accrual based Profit and Loss report for the same time period. The total accrual based net income for this nine-month time period is $103,143.49.

6.    The Debtor's collection rate for receivables is almost 100% because the Debtor will not continue to provide services if it is not paid. Thus, the Debtor's accrual based net income is properly assumed to be 100% realizable, subject only to routine timing issues depending on the terms of the customer contracts. For example, some invoices have net 15 day terms, and other invoices are payable on longer terms, like net 45 days.

7.    The Debtor's net income on a cash basis, as reflected on the Debtor's Monthly Operating Reports, is artificially skewed low because the Debtor came into the Chapter 11 proceeding carrying certain losses. As evidenced by the transaction reports attached to the Monthly Operating Reports, on the Petition Date of January 31, 2019, the Debtor paid or accrued approximately $82,000 in payroll expenses. The losses on pre-bankruptcy contracts also affected the Debtor's bottom line for the first few months post-bankruptcy, but as discussed previously, all contracts have now been revised to have consistently profitable net margins.

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2

1       8.      As of the Petition Date of January 31, 2019, the Debtor had approximately twenty-five to thirty existing customer contracts. Performance of all material terms had already occurred under the customer contracts existing on the Petition Date. Additionally, all of the Debtor's customer contracts are easily terminated for any reason by either party, subject only to a thirty (30) day written notice. Additionally, all of the Debtor's customer contracts terminate immediately for cause upon non-performance by either party.

9.      Based on current information available to me, I have reasonable assurance that the Debtor has future commercial viability and will continue as a going concern if allowed to proceed with its Chapter 11 reorganization. The Debtor currently employs three (3) field managers, one (1) office administrator, two (2) executives and approximately sixty-five (65) to seventy (70) security officers. Only about 10% of the security officers are part-time, and the remaining 90% are full-time employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 3rd day of December, 2019.


_____
Scott Jenkins, Chief Executive Officer of Debtor
Resolute Security Group, Inc.

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775.786.7600

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

## RSGI Cash Flow Projection 2020
### Company Confidential

| Column1 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Contract / Margin Adjustments | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Physical Security | 95,000 | 110,000 | 120,000 | 150,000 | 195,000 | 225,000 | 115,000 | 140,000 | 165,000 | 225,000 | 280,000 | 300,000 | 2,120,000 |
| Special Events / Investigations | | | 15,000 | | | 15,000 | | | 15,000 | | | 15,000 | 60,000 |
| Current / Retained Sales Revenue | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 219,000 | 2,628,000 |
| Other - Miscellaneous | | | 3,500 | | | 3,500 | | | 3,500 | | | 3,500 | 14,000 |
| **Forecasted Revenue** | 319,000 | 334,000 | 362,500 | 374,000 | 419,000 | 467,500 | 339,000 | 364,000 | 407,500 | 449,000 | 504,000 | 542,500 | 4,882,000 |
| **OPERATING COSTS** | | | | | | | | | | | | | |
| Executive Wages | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 300,000 |
| Staff / Field Officer Wages | 190,650 | 199,750 | 205,820 | 224,100 | 250,450 | 270,500 | 203,500 | 217,900 | 235,000 | 270,000 | 305,000 | 315,000 | 2,887,670 |
| Payroll taxes | 41,943 | 43,945 | 45,280 | 49,302 | 55,099 | 59,510 | 44,770 | 47,938 | 51,700 | 59,400 | 67,100 | 69,300 | 635,287 |
| Health & Welfare | 5,000 | 5,000 | 5,000 | 5,150 | 5,305 | 5,464 | 5,628 | 5,796 | 5,970 | 6,149 | 6,334 | 6,524 | 67,319 |
| WC Insurance | 9,723 | 10,187 | 10,497 | 11,429 | 12,773 | 13,796 | 10,379 | 11,113 | 11,985 | 13,770 | 15,555 | 16,085 | 147,271 |
| GL/EO Insurance | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,460 |
| Rent or lease | 500 | 500 | 500 | 1,700 | 1,700 | 1,700 | 1,700 | 2,500 | 2,500 | 2,500 | 2,500 | 2,700 | 21,600 |
| Rent or lease vehicles, equipment | | | | | | | | | | | | | |
| Repairs and maintenance | | | | | | | | | | | | | 3,150 |
| Supplies (not in COGS) | 150 | 150 | 150 | 250 | 250 | 250 | 300 | 300 | 300 | 350 | 350 | 350 | 3,540 |
| Taxes and licenses | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 295 | 3,540 |
| Travel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Utilities/Cell Phones | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Other expenses | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Legal Fees | | | 15,000 | | | 15,000 | | | 15,000 | | | 15,000 | 60,000 |
| Settlements | | | | | | | | | 5,000 | | | 5,000 | 5,000 |
| **SUBTOTAL** | 278,961 | 289,027 | 316,742 | 322,926 | 355,071 | 400,714 | 288,071 | 315,042 | 356,950 | 383,164 | 426,334 | 460,734 | 4,203,738 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Debt Paydown | | | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 67,500 |
| Capital purchases | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chapter 11 Repayment Plan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL CASH PAID OUT** | 278,961 | 289,027 | 316,742 | 330,426 | 362,571 | 408,214 | 295,571 | 322,542 | 364,450 | 390,664 | 433,834 | 468,234 | 4,271,238 |
| **ESTIMATED PROFIT / (LOSS)** | 40,039 | 44,973 | 45,758 | 43,574 | 56,429 | 59,286 | 43,429 | 41,458 | 43,050 | 58,336 | 70,166 | 74,266 | 610,762 |



# Cash Flow Projection
## Company Name

Cash on Hand

Period

Cash balance alert minimum          #REF!

Combination chart showing Cash on Hand Minimum Alert and Cash Flow Projection is in this cell.

Cash Flow Projection

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

# Resolute Security Group, Inc.

PROFIT AND LOSS

January 31, 2019

|  | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| 60400 Bank Service Charges | 85.00 |
| 64100 Legal Fees | 0.00 |
| 66000 Payroll Expense | |
| 66002 Payroll - Director of Operations | 57,933.62 |
| 66150 Direct Payroll | 267.50 |
| 66200 Payroll Taxes-Employer | 23,956.69 |
| 66850 Payroll Processing | 350.00 |
| **Total 66000 Payroll Expense** | **82,507.81** |
| **Total Expenses** | **$82,592.81** |
| NET OPERATING INCOME | **$ -82,592.81** |
| NET INCOME | **$ -82,592.81** |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

February 2019

|  | TOTAL |
|---|---|
| Income | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 52,217.32 |
| 48120 Unarmed Guard Service | 65,341.19 |
| 48130 Security Services | 48,984.07 |
| **Total 48100 Guard Services** | **166,542.58** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 2,275.00 |
| **Total 48200 Protection** | **2,275.00** |
| 48900 Other Income | |
| 48910 Overtime | 5,638.50 |
| 48920 Reimbursable Expenses | 2,334.00 |
| 48940 Holiday | 1,719.42 |
| **Total 48900 Other Income** | **9,691.92** |
| **Total 48000 Services** | **178,509.50** |
| **Total Income** | **$178,509.50** |
| GROSS PROFIT | **$178,509.50** |
| Expenses | |
| 51500 Professional Services | 650.00 |
| 60400 Bank Service Charges | -50.00 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 595.00 |
| 63300 Insurance Expense | |
| 63320 Health Insurance | 5,283.92 |
| 63360 Worker's Compensation | 9,736.00 |
| **Total 63300 Insurance Expense** | **15,019.92** |
| 64100 Legal Fees | 28,116.52 |
| 64900 Office Expenses | 162.74 |
| 66000 Payroll Expense | |
| 66005 Payroll - Security Officers Nonunion | 406.61 |
| 66150 Direct Payroll | 53,985.31 |
| 66200 Payroll Taxes-Employer | 18,689.75 |
| 66850 Payroll Processing | 1,305.71 |
| 66900 Garnishment Payments | 740.27 |
| **Total 66000 Payroll Expense** | **75,127.65** |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 605.17 |
| 68500 Uniforms | 75.41 |
| **Total Expenses** | **$120,624.41** |

|  | TOTAL |
|---|---|
| NET OPERATING INCOME | $57,885.09 |
| Other Income |  |
|   Refund from Vendors | 1,407.57 |
| **Total Other Income** | **$1,407.57** |
| Other Expenses |  |
|   67050 Return of Funds | 999.05 |
| **Total Other Expenses** | **$999.05** |
| NET OTHER INCOME | **$408.52** |
| NET INCOME | **$58,293.61** |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

### March 2019

| | TOTAL |
|---|---|
| Income | |
| 48000 Services | 16.62 |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 58,237.64 |
| 48120 Unarmed Guard Service | 49,713.02 |
| 48130 Security Services | 48,638.50 |
| **Total 48100 Guard Services** | **156,589.16** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 8,131.25 |
| **Total 48200 Protection** | **8,131.25** |
| 48600 Consulting | 5,400.00 |
| 48900 Other Income | |
| 48910 Overtime | 9,080.06 |
| 48920 Reimbursable Expenses | 6,047.67 |
| **Total 48900 Other Income** | **15,127.73** |
| **Total 48000 Services** | **185,264.76** |
| **Total Income** | **$185,264.76** |
| GROSS PROFIT | **$185,264.76** |
| Expenses | |
| 51500 Professional Services | 8,908.50 |
| 61700 Computer and Internet Expense | 72.00 |
| 63300 Insurance Expense | |
| 63310 General Liability | 7,270.03 |
| 63320 Health Insurance | 8,279.17 |
| **Total 63300 Insurance Expense** | **15,549.20** |
| 64100 Legal Fees | 4,850.70 |
| 64900 Office Expenses | 120.00 |
| 66000 Payroll Expense | |
| 66002 Payroll - Director of Operations | 2,489.24 |
| 66150 Direct Payroll | 157,314.37 |
| 66200 Payroll Taxes-Employer | 55,451.36 |
| 66850 Payroll Processing | 840.99 |
| 66900 Garnishment Payments | 775.76 |
| **Total 66000 Payroll Expense** | **216,871.72** |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 489.68 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 20.00 |
| 68440 Travel - Meals | 900.00 |
| 68445 Travel - Mileage | 688.69 |

|  | TOTAL |
|---|---|
| Total 68400 Travel Expense | 1,608.69 |
| **Total Expenses** | **$248,720.49** |
| NET OPERATING INCOME | $ -63,455.73 |
| Other Expenses | |
| 67050 Return of Funds | 1,557.40 |
| **Total Other Expenses** | **$1,557.40** |
| NET OTHER INCOME | $ -1,557.40 |
| NET INCOME | $ -65,013.13 |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

### April 2019

|  | TOTAL |
|---|---:|
| Income |  |
| 48000 Services |  |
| 48100 Guard Services |  |
| 48110 Armed Guard Service | 80,097.08 |
| 48120 Unarmed Guard Service | 60,673.64 |
| 48130 Security Services | 68,046.56 |
| **Total 48100 Guard Services** | **208,817.28** |
| 48200 Protection |  |
| 48210 Armed Executive Protection | 5,416.45 |
| **Total 48200 Protection** | **5,416.45** |
| 48900 Other Income |  |
| 48910 Overtime | 7,271.90 |
| 48920 Reimbursable Expenses | 2,683.00 |
| **Total 48900 Other Income** | **9,954.90** |
| **Total 48000 Services** | **224,188.63** |
| **Total Income** | **$224,188.63** |
| GROSS PROFIT | **$224,188.63** |
| Expenses |  |
| 51500 Professional Services | 650.00 |
| 52500 Other Business Expenses | 1,625.00 |
| 61700 Computer and Internet Expense | 1,272.00 |
| 62500 Dues and Subscriptions | 595.00 |
| 63300 Insurance Expense |  |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 9,315.44 |
| 63360 Worker's Compensation | 6,816.00 |
| **Total 63300 Insurance Expense** | **18,375.57** |
| 64100 Legal Fees | 4,987.67 |
| 64900 Office Expenses | 162.74 |
| 66000 Payroll Expense |  |
| 66150 Direct Payroll | 109,762.33 |
| 66200 Payroll Taxes-Employer | 36,238.65 |
| 66850 Payroll Processing | 352.55 |
| 66900 Garnishment Payments | 1,069.39 |
| **Total 66000 Payroll Expense** | **147,422.92** |
| 67020 Rent Expense |  |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 1,225.05 |
| 68400 Travel Expense |  |
| 68430 Travel - Fuel | 10.00 |
| 68435 Travel - Hotels | 1,555.87 |

| | TOTAL |
|---|---|
| **Total 68400 Travel Expense** | 1,565.87 |
| Uncategorized Expense | 274.32 |
| **Total Expenses** | **$178,406.14** |
| NET OPERATING INCOME | **$45,782.49** |
| Other Expenses | |
| 67050 Return of Funds | 1,462.90 |
| **Total Other Expenses** | **$1,462.90** |
| NET OTHER INCOME | **$ -1,462.90** |
| NET INCOME | **$44,319.59** |

# Resolute Security Group, Inc.

### PROFIT AND LOSS

#### May 2019

| | TOTAL |
|---|---:|
| **Income** | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 59,755.63 |
| 48120 Unarmed Guard Service | 45,524.93 |
| 48130 Security Services | 50,629.10 |
| **Total 48100 Guard Services** | **155,909.66** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 5,980.00 |
| **Total 48200 Protection** | **5,980.00** |
| 48900 Other Income | |
| 48910 Overtime | 5,783.73 |
| 48920 Reimbursable Expenses | 1,296.50 |
| 48940 Holiday | 95.45 |
| **Total 48900 Other Income** | **7,175.68** |
| **Total 48000 Services** | **169,065.34** |
| **Total Income** | **$169,065.34** |
| GROSS PROFIT | **$169,065.34** |
| **Expenses** | |
| 51500 Professional Services | 650.00 |
| 52500 Other Business Expenses | 3,894.79 |
| 60400 Bank Service Charges | 29.95 |
| 61000 Business Licenses and Permits | 650.00 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 1,190.00 |
| 63300 Insurance Expense | |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 2,460.73 |
| 63360 Worker's Compensation | 9,733.82 |
| **Total 63300 Insurance Expense** | **14,438.68** |
| 64100 Legal Fees | 1,203.70 |
| 64900 Office Expenses | 163.79 |
| 66000 Payroll Expense | |
| 66150 Direct Payroll | 107,925.80 |
| 66200 Payroll Taxes-Employer | 35,407.16 |
| 66850 Payroll Processing | 333.32 |
| 66900 Garnishment Payments | 1,534.38 |
| **Total 66000 Payroll Expense** | **145,200.66** |
| 67010 License and Permits | 1,200.00 |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |

| | TOTAL |
|---|---|
| 68200 Cell Phone Expense | 488.08 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 10.00 |
| **Total 68400 Travel Expense** | **10.00** |
| Health Insurance | 55.00 |
| **Total Expenses** | **$169,496.65** |
| NET OPERATING INCOME | $ -431.31 |
| Other Expenses | |
| 67050 Return of Funds | 1,117.65 |
| **Total Other Expenses** | **$1,117.65** |
| NET OTHER INCOME | $ -1,117.65 |
| NET INCOME | $ -1,548.96 |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

### June 2019

|  | TOTAL |
|---|---|
| Income | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 62,465.03 |
| 48120 Unarmed Guard Service | 45,994.99 |
| 48130 Security Services | 48,012.44 |
| **Total 48100 Guard Services** | **156,472.46** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 2,405.00 |
| **Total 48200 Protection** | **2,405.00** |
| 48900 Other Income | |
| 48910 Overtime | 5,519.00 |
| 48920 Reimbursable Expenses | 1,984.00 |
| 48930 Admin Fee | -34.61 |
| **Total 48900 Other Income** | **7,468.39** |
| **Total 48000 Services** | **166,345.85** |
| **Total Income** | **$166,345.85** |
| **GROSS PROFIT** | **$166,345.85** |
| Expenses | |
| 51500 Professional Services | 7,234.50 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 598.50 |
| 63300 Insurance Expense | |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 526.76 |
| 63360 Worker's Compensation | 10,596.67 |
| **Total 63300 Insurance Expense** | **13,367.56** |
| 64900 Office Expenses | 163.79 |
| 66000 Payroll Expense | |
| 66150 Direct Payroll | 105,866.33 |
| 66200 Payroll Taxes-Employer | 34,218.07 |
| 66850 Payroll Processing | 339.73 |
| 66900 Garnishment Payments | 532.86 |
| **Total 66000 Payroll Expense** | **140,956.99** |
| 67010 License and Permits | 40.00 |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 504.91 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 10.00 |
| **Total 68400 Travel Expense** | **10.00** |

|  | TOTAL |
|---|---|
| **Total Expenses** | **$163,198.25** |
| NET OPERATING INCOME | **$3,147.60** |
| Other Expenses | |
| 67050 Return of Funds | 1,121.34 |
| **Total Other Expenses** | **$1,121.34** |
| NET OTHER INCOME | **$ -1,121.34** |
| NET INCOME | **$2,026.26** |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

### July 2019

|  | TOTAL |
|---|---|
| Income |  |
| 48000 Services | 10,068.75 |
| 48100 Guard Services |  |
| 48110 Armed Guard Service | 89,850.16 |
| 48120 Unarmed Guard Service | 82,145.40 |
| 48130 Security Services | 61,554.51 |
| **Total 48100 Guard Services** | **233,550.07** |
| 48200 Protection |  |
| 48210 Armed Executive Protection | 27,355.00 |
| **Total 48200 Protection** | **27,355.00** |
| 48300 Investigations | 24,288.00 |
| 48900 Other Income |  |
| 48910 Overtime | 7,947.70 |
| 48920 Reimbursable Expenses | 7,948.13 |
| 48940 Holiday | 2,084.06 |
| **Total 48900 Other Income** | **17,979.89** |
| **Total 48000 Services** | **313,241.71** |
| **Total Income** | **$313,241.71** |
| GROSS PROFIT | **$313,241.71** |
| Expenses |  |
| 51500 Professional Services | 24,352.78 |
| 52500 Other Business Expenses | 4,875.00 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 750.00 |
| 63300 Insurance Expense |  |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 4,997.31 |
| 63360 Worker's Compensation | 6,598.38 |
| **Total 63300 Insurance Expense** | **13,839.82** |
| 63400 Interest Expense | 2,400.00 |
| 64900 Office Expenses | 180.00 |
| 66000 Payroll Expense |  |
| 66150 Direct Payroll | 185,096.31 |
| 66200 Payroll Taxes-Employer | 64,575.32 |
| 66850 Payroll Processing | 365.37 |
| 66900 Garnishment Payments | 647.81 |
| **Total 66000 Payroll Expense** | **250,684.81** |
| 67020 Rent Expense |  |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 506.53 |
| 68400 Travel Expense |  |

| | TOTAL |
|---|---|
| 68430 Travel - Fuel | 10.00 |
| **Total 68400 Travel Expense** | **10.00** |
| **Total Expenses** | **$297,920.94** |
| NET OPERATING INCOME | **$15,320.77** |
| Other Expenses | |
| 67050 Return of Funds | 1,026.87 |
| **Total Other Expenses** | **$1,026.87** |
| NET OTHER INCOME | **$ -1,026.87** |
| NET INCOME | **$14,293.90** |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

### August 2019

| | TOTAL |
|---|---|
| Income | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 71,729.72 |
| 48120 Unarmed Guard Service | 76,667.38 |
| 48130 Security Services | 62,866.75 |
| **Total 48100 Guard Services** | **211,263.85** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 5,853.00 |
| **Total 48200 Protection** | **5,853.00** |
| 48900 Other Income | |
| 48910 Overtime | 9,728.12 |
| 48920 Reimbursable Expenses | 3,079.00 |
| 48940 Holiday | 203.96 |
| **Total 48900 Other Income** | **13,011.08** |
| **Total 48000 Services** | **230,127.93** |
| **Total Income** | **$230,127.93** |
| **GROSS PROFIT** | **$230,127.93** |
| Expenses | |
| 51500 Professional Services | 2,825.25 |
| 61000 Business Licenses and Permits | 58.00 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 840.00 |
| 63300 Insurance Expense | |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 8,045.81 |
| 63360 Worker's Compensation | 2,402.39 |
| **Total 63300 Insurance Expense** | **12,692.33** |
| 64100 Legal Fees | 4,507.40 |
| 64900 Office Expenses | 143.79 |
| 66000 Payroll Expense | |
| 66150 Direct Payroll | 140,376.30 |
| 66200 Payroll Taxes-Employer | 46,567.11 |
| 66850 Payroll Processing | 442.29 |
| 66900 Garnishment Payments | 702.37 |
| **Total 66000 Payroll Expense** | **188,088.07** |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 513.12 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 10.00 |

| | TOTAL |
|---|---|
| Total 68400 Travel Expense | 10.00 |
| **Total Expenses** | **$209,999.96** |
| NET OPERATING INCOME | **$20,127.97** |
| Other Expenses | |
| 67050 Return of Funds | 872.68 |
| **Total Other Expenses** | **$872.68** |
| NET OTHER INCOME | **$ -872.68** |
| NET INCOME | **$19,255.29** |

# Resolute Security Group, Inc.

### PROFIT AND LOSS

September 2019

| | TOTAL |
|---|---|
| Income | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 68,901.13 |
| 48120 Unarmed Guard Service | 60,893.66 |
| 48130 Security Services | 48,710.31 |
| **Total 48100 Guard Services** | **178,505.10** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 15,502.50 |
| **Total 48200 Protection** | **15,502.50** |
| 48400 Patrol & Alarm Response | |
| 48420 Unarmed Patrol | 4,250.00 |
| **Total 48400 Patrol & Alarm Response** | **4,250.00** |
| 48900 Other Income | |
| 48910 Overtime | 10,014.05 |
| 48920 Reimbursable Expenses | 3,203.80 |
| 48940 Holiday | 1,485.75 |
| **Total 48900 Other Income** | **14,703.60** |
| **Total 48000 Services** | **212,961.20** |
| **Total Income** | **$212,961.20** |
| GROSS PROFIT | **$212,961.20** |
| Expenses | |
| 51500 Professional Services | 5,067.40 |
| 61700 Computer and Internet Expense | 72.00 |
| 62500 Dues and Subscriptions | 810.00 |
| 63300 Insurance Expense | |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 5,995.19 |
| 63360 Worker's Compensation | 14,491.87 |
| **Total 63300 Insurance Expense** | **22,731.19** |
| 64100 Legal Fees | 3,018.70 |
| 66000 Payroll Expense | |
| 66002 Payroll - Director of Operations | 11,538.27 |
| 66150 Direct Payroll | 120,557.24 |
| 66200 Payroll Taxes-Employer | 44,806.62 |
| 66850 Payroll Processing | 435.88 |
| 66900 Garnishment Payments | 265.36 |
| **Total 66000 Payroll Expense** | **177,603.37** |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 513.12 |

| | TOTAL |
|---|---|
| 68350 Taxes Paid | 800.00 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 10.00 |
| **Total 68400 Travel Expense** | **10.00** |
| **Total Expenses** | **$210,875.78** |
| **NET OPERATING INCOME** | **$2,085.42** |
| Other Expenses | |
| 67050 Return of Funds | 994.07 |
| **Total Other Expenses** | **$994.07** |
| **NET OTHER INCOME** | **$ -994.07** |
| **NET INCOME** | **$1,091.35** |

# Resolute Security Group, Inc.

## PROFIT AND LOSS

October 2019

|  | TOTAL |
|---|---|
| Income | |
| 48000 Services | |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 84,828.70 |
| 48120 Unarmed Guard Service | 80,245.27 |
| 48130 Security Services | 62,891.45 |
| **Total 48100 Guard Services** | **227,965.42** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 5,541.25 |
| **Total 48200 Protection** | **5,541.25** |
| 48400 Patrol & Alarm Response | |
| 48420 Unarmed Patrol | 8,750.00 |
| **Total 48400 Patrol & Alarm Response** | **8,750.00** |
| 48900 Other Income | |
| 48910 Overtime | 11,627.74 |
| 48920 Reimbursable Expenses | 3,096.00 |
| **Total 48900 Other Income** | **14,723.74** |
| **Total 48000 Services** | **256,980.41** |
| **Total Income** | **$256,980.41** |
| GROSS PROFIT | **$256,980.41** |
| Expenses | |
| 51000 Accounting Services | 4,300.00 |
| 51500 Professional Services | 650.00 |
| 52500 Other Business Expenses | 4,875.00 |
| 60400 Bank Service Charges | 156.28 |
| 61000 Business Licenses and Permits | 64.00 |
| 61700 Computer and Internet Expense | 1,224.26 |
| 62500 Dues and Subscriptions | 1,309.00 |
| 63300 Insurance Expense | |
| 63310 General Liability | 2,244.13 |
| 63320 Health Insurance | 586.53 |
| 63360 Worker's Compensation | 5,166.97 |
| **Total 63300 Insurance Expense** | **7,997.63** |
| 64100 Legal Fees | 8,612.45 |
| 64900 Office Expenses | 898.79 |
| 66000 Payroll Expense | |
| 66150 Direct Payroll | 139,745.78 |
| 66200 Payroll Taxes-Employer | 46,771.07 |
| 66850 Payroll Processing | 857.61 |
| 66900 Garnishment Payments | 1,768.79 |
| **Total 66000 Payroll Expense** | **189,143.25** |
| 67010 License and Permits | 312.50 |

| | TOTAL |
|---|---|
| 67020 Rent Expense | |
|   67024 Rent - Reno | 250.00 |
| **Total 67020 Rent Expense** | **250.00** |
| 68200 Cell Phone Expense | 513.12 |
| 68400 Travel Expense | |
|   68430 Travel - Fuel | 10.00 |
| **Total 68400 Travel Expense** | **10.00** |
|   Health Insurance | 5,340.30 |
| **Total Expenses** | **$225,656.58** |
| NET OPERATING INCOME | **$31,323.83** |
| Other Expenses | |
|   67050 Return of Funds | 898.25 |
| **Total Other Expenses** | **$898.25** |
| NET OTHER INCOME | **$ -898.25** |
| NET INCOME | **$30,425.58** |

# Resolute Security Group, Inc.

### PROFIT AND LOSS

### February - October, 2019

| | TOTAL |
|---|---|
| **Income** | |
| 48000 Services | 10,085.37 |
| 48100 Guard Services | |
| 48110 Armed Guard Service | 628,082.41 |
| 48120 Unarmed Guard Service | 567,199.48 |
| 48130 Security Services | 500,333.69 |
| **Total 48100 Guard Services** | **1,695,615.58** |
| 48200 Protection | |
| 48210 Armed Executive Protection | 78,459.45 |
| **Total 48200 Protection** | **78,459.45** |
| 48300 Investigations | 24,288.00 |
| 48400 Patrol & Alarm Response | |
| 48420 Unarmed Patrol | 13,000.00 |
| **Total 48400 Patrol & Alarm Response** | **13,000.00** |
| 48600 Consulting | 5,400.00 |
| 48900 Other Income | |
| 48910 Overtime | 72,610.80 |
| 48920 Reimbursable Expenses | 31,672.10 |
| 48930 Admin Fee | -34.61 |
| 48940 Holiday | 5,588.64 |
| **Total 48900 Other Income** | **109,836.93** |
| **Total 48000 Services** | **1,936,685.33** |
| **Total Income** | **$1,936,685.33** |
| **GROSS PROFIT** | **$1,936,685.33** |
| **Expenses** | |
| 51000 Accounting Services | 4,300.00 |
| 51500 Professional Services | 50,988.43 |
| 52500 Other Business Expenses | 15,269.79 |
| 60400 Bank Service Charges | 136.23 |
| 61000 Business Licenses and Permits | 772.00 |
| 61700 Computer and Internet Expense | 3,000.26 |
| 62500 Dues and Subscriptions | 6,687.50 |
| 63300 Insurance Expense | |
| 63310 General Liability | 22,978.94 |
| 63320 Health Insurance | 45,490.86 |
| 63360 Worker's Compensation | 65,542.10 |
| **Total 63300 Insurance Expense** | **134,011.90** |
| 63400 Interest Expense | 2,400.00 |
| 64100 Legal Fees | 55,297.14 |
| 64900 Office Expenses | 1,995.64 |
| 66000 Payroll Expense | |
| 66002 Payroll - Director of Operations | 14,027.51 |
| 66005 Payroll - Security Officers Nonunion | 406.61 |

|  | TOTAL |
|---|---|
| 66150 Direct Payroll | 1,120,629.77 |
| 66200 Payroll Taxes-Employer | 382,725.11 |
| 66850 Payroll Processing | 5,273.45 |
| 66900 Garnishment Payments | 8,036.99 |
| **Total 66000 Payroll Expense** | **1,531,099.44** |
| 67010 License and Permits | 1,552.50 |
| 67020 Rent Expense | |
| 67024 Rent - Reno | 2,250.00 |
| **Total 67020 Rent Expense** | **2,250.00** |
| 68200 Cell Phone Expense | 5,358.78 |
| 68350 Taxes Paid | 800.00 |
| 68400 Travel Expense | |
| 68430 Travel - Fuel | 90.00 |
| 68435 Travel - Hotels | 1,555.87 |
| 68440 Travel - Meals | 900.00 |
| 68445 Travel - Mileage | 688.69 |
| **Total 68400 Travel Expense** | **3,234.56** |
| 68500 Uniforms | 75.41 |
| Health Insurance | 5,395.30 |
| Uncategorized Expense | 274.32 |
| **Total Expenses** | **$1,824,899.20** |
| NET OPERATING INCOME | **$111,786.13** |
| Other Income | |
| Refund from Vendors | 1,407.57 |
| **Total Other Income** | **$1,407.57** |
| Other Expenses | |
| 67050 Return of Funds | 10,050.21 |
| **Total Other Expenses** | **$10,050.21** |
| NET OTHER INCOME | **$ -8,642.64** |
| NET INCOME | **$103,143.49** |